

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| In the Matter of the Search of: | MJ 19-55-M-KLD |
| The bedroom known to be used by the primary suspect (David FARRAR) in the residence located at 105 E. Meany St., Plains, MT 59859 | ORDER |

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 9th day of September, 2019.

Kathleen L. DeSoto
United States Magistrate Judge

1